EDWARD J. McGEAN, as Receiver, etc., Appellant, *v.* THOMAS MACKELLAR et al., Respondents.

(Argued April 13, 1885 ; decided April 28, 1885.)

*John Brooks Leavitt* for appellant.

*George H. Mackellar* for respondents.

Agree to affirm ; no opinion.

All concur.

Judgment affirmed.

---

CHARLES G. S. BAKER, Appellant, *v.* JARVIS S. BAKER Respondent.

(Submitted April 14, 1885 ; decided April 28, 1885.)

*W. H. Secor* for appellant.

*Wm. V. Hilliard* for respondent.

Agree to affirm ; no opinion.

All concur.

Order affirmed.